ORIGINAL

FILED

05/21/2024

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: AF 06-0536

IN THE SUPREME COURT OF THE STATE OF MONTANA

AF 06-0536

FILED

MAY 2 1 2024

Bowen Greenwood
Clerk of Supreme Court
State of Montana

IN THE MATTER OF APPOINTMENT
TO THE DISTRICT COURT COUNCIL

O R D E R

Clerk of District Court member Phyllis Smith will retire on June 30, 2024, when her term expires. The Court thanks Ms. Smith for her service to the Court, the Council, and the people of Montana.

Pursuant to § 3-1-1602(1)(c)(ii), MCA, the Montana Association of Clerks of District Court has nominated Shelley Bryan as Ms. Smith's replacement on the District Court Council.

IT IS HEREBY ORDERED that Shelley Bryan is hereby appointed to the District Court Council to serve for a three-year term expiring on June 30, 2027.

The Clerk is directed to provide copies of this Order to the Secretary of State, Phyllis Smith, Shelley Bryan, the remaining members of the District Court Council, Beth McLaughlin, Court Administrator, Shauna Ryan, Judicial Education Coordinator, and to the State Bar of Montana.

Dated this 21st day of May, 2024.

_____
Chief Justice

_____

_____

_____

_____

_____

_____
Justices